

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00127-CV

| | |
|---|---|
| ALPHA-REPUBLIC INVESTMENTS, LTD. | APPELLANT |
| V. | |
| TEXAS DEPARTMENT OF TRANSPORTATION, BROWN AND GAY ENGINEERS, INC., ARCHER WESTERN CONTRACTORS, LLC, GRANITE CONSTRUCTIONS COMPANY, AND THE LANE CONSTRUCTION CORPORATION | APPELLEES |

------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2014-01095-158

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered appellant's "Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: September 18, 2014